```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

JANARIOUS SMITH                  :
(AIS# 268812),                   :
                                 :
    Plaintiff,                   :
                                 :
vs.                              :        CIVIL ACTION 14-0299-WS-M
                                 :
RONZELLA HOWARD, *et al.*,       :
                                 :
    Defendant.                   :

<u>ORDER</u>

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that summary judgment be granted in favor of Defendants Ronzella Howard, Dexter Brown, and Sharon Langham and that Plaintiff's action against Defendants be dismissed with prejudice.

DONE this 20th day of April, 2015.

                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE