```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

JANARIOUS SMITH                 :
(AIS# 268812),                  :
                                :
    Plaintiff,                 :
                                :
vs.                             :        CIVIL ACTION 14-0299-WS-M
                                :
RONZELLA HOWARD, *et al.*,      :
                                :
    Defendant.                 :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT on all claims be entered in favor of Defendants Ronzella Howard, Dexter Brown, and Sharon Langham, and against Plaintiff Janarious Smith.

DONE this 20th day of April, 2015.

                                              s/WILLIAM H. STEELE
                                              CHIEF UNITED STATES DISTRICT JUDGE